KEIERLEBER, Respondent

v.

STAR PRAIRIE SCHOOL DISTRICT NO. 27, et al., Defendants

and

DILLON et al., Defendant Intervenors and Appellants

(117 N.W.2d 491)

(File No. 9996. Opinion filed October 24, 1962)

**Maule & Maule,** Winner, for Defendants and Appellants.

**J. W. Grieves,** Winner, for Defendants-Respondents.

**Herman & Simpson,** Gregory, for Plaintiff-Respondent.

PER CURIAM. The appeal in the above entitled action was perfected September 8, 1961. The record was settled April 2, 1962. No brief has been filed by appellants. The appeal is deemed abandoned.

Our order will be that the appeal be dismissed and the judgment of the trial court affirmed.